UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>　　　　　　　Plaintiff,<br><br>　　-against-<br><br>TAL ALEXANDER,<br><br>　　　　　　　Defendant. | Civ. Action. No. 25-cv-2109 (JPO)<br><br>**<u>NOTICE OF MOTION</u>** |

**PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of Jane Doe's Motion to Remand, dated March 31, 2025, and upon all the papers and pleadings filed in this action, Plaintiff Jane Doe will move this Court before the Honorable J. Paul Oetken, United States District Judge for the Southern District of New York, at the United States Courthouse located at 40 Foley Square, Courtroom 906, New York, New York 10007, at a date and time to be determined by this Court, for an Order pursuant to 28 U.S.C. § 1447, remanding the within action to the Supreme Court of the State of New York, New York County, and for such other and further relief as this Honorable Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE, that pursuant to Local Civil Rule 6.1(b), answering papers, if any, must be served no later than fourteen (14) days after service hereof, whereupon Plaintiff's reply shall be served within seven (7) days thereafter.

Dated: New York, New York
March 31, 2025

　　　　　　　　　　　　　　　　　　　**CURIS LAW, PLLC**

　　　　　　　　　　　　　　　　By:　*Antigone Curis*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Antigone Curis, Esq.
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　52 Duane Street, 7th Floor.
　　　　　　　　　　　　　　　　　　New York, New York 10007
　　　　　　　　　　　　　　　　　　Phone: (646) 335-7220
　　　　　　　　　　　　　　　　　　Facsimile: (315) 660-2610

To:    WALDEN MACHT HARAN & WILLIAMS LLP
Milton L. Williams
Deanna M. Paul
Alexander Kahn
250 Vesey Street, 27th Floor
New York, NY 10281
Tel:  (212) 335-2030
mwilliams@wmhlaw.com
dpaul@wmhlaw.com
akahn@wmhlaw.com

*Attorneys for Defendant Tal Alexander*