UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                Plaintiff,

    -v-

TAL ALEXANDER,

                Defendant.

25-CV-2109 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has considered the Parties' letters (ECF No. 24; ECF No. 26) and concludes that in lights of Defendant's ongoing criminal case, a stay is warranted pending the outcome of those proceedings.

The Clerk of Court is directed to mark this case as stayed and to close the motion at ECF No. 24.

The Parties are directed to file a joint status letter within two weeks of the completion of Defendant's criminal proceedings.

SO ORDERED.

Dated: August 18, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge