

250 Vesey Street          wmhwlaw.com
27th Floor                T: 212-335-2030
New York, NY 10281        F: 212-335-2040

January 9, 2026

**Via ECF**
Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square New York, NY 10007
OetkenNYSDchambers@nysd.uscourts.gov

   *Re: Carta v. Tal Alexander, Case No. 25-CV-2109*

Dear Judge Oetken:

  With Plaintiff's counsel's consent, we write on both parties' behalf concerning Plaintiff's recently-filed Memorandum of Law in Opposition to Defendant's Motion to Strike (Dkt. 28).

  By Order entered on August 18, 2025, the Court stayed this action and directed the parties to file a joint status letter within two weeks of the completion of Defendant's criminal proceedings. (Dkt. 27).

  The case is currently scheduled to commence trial on January 20, 2026. The parties will submit a joint status report following its conclusion. Plaintiff agrees that, by virtue of the stay, Defendant need not submit any reply papers on his pending motion to strike at this time. The parties will inform the Court of the proposed date for Defendant's reply after the criminal trial concludes.

     Respectfully submitted,

      */s/ Daniel A. Cohen*
     Daniel A. Cohen
     *Attorneys for Defendant Tal Alexander*

Cc: Antigone Curis, Esq. (by ECF)